FILED
December 21, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> YANIV GOHAR, ) <br> ) <br> Defendant. ) | Case No. 2:17-mj-00202-CKD-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release YANIV GOHAR, Case No. 2:17-mj-00202-CKD-1, Charge 18 USC § 1955, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 100,000

    ✔ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    ✔ Appearance Bond with Surety $200,000 secured by real property.

    __ Corporate Surety Bail Bond

✔ (Other)     With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 21, 2017 at 3:10 pm.

By _____
Deborah Barnes
United States Magistrate Judge