IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YANIV GOHAR and OREL GOHAR,<br><br>Defendants. | CASE NO. 2:17-cr-00232-GEB<br><br>**ORDER DIRECTING ENTRY OF BOND FORFEITURE JUDGMENT** |

The Court, having reviewed the court files and the United States' Motion for an Order Directing Entry of Bond Forfeiture Judgment (the Motion), hereby GRANTS the Motion. Accordingly, the Court directs the Clerk of Court to:

1. ENTER judgment in favor of the United States and against defendant Yaniv Gohar for $100,000 and defendant Orel Gohar in the amount of $50,000, plus interest as allowed by law; and

2. APPLY any judgment recoveries to the Crime Victims' Fund.

The Court shall RETAIN jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: June 6, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Order Directing Entry of
Bond Forfeiture Judgment