1  MCGREGOR W. SCOTT
   United States Attorney
2  MIRIAM R. HINMAN
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5
   Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00232-JAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| YANIV GOHAR, et al., | |
| Defendants. | |

WHEREAS, on or about June 15, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant May Levy, and on December 17, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Yaniv Gohar, forfeiting to the United States all right, title, and interest in the following currency:

    a.    Approximately 8,427.00 in U.S. Currency;

    b.    Approximately 3,114.00 in U.S. Currency;

    c.    Approximately $1,224.00 in U.S. Currency;

    d.    Approximately $20.00 in U.S. Currency;

    e.    Approximately $276.00 in U.S. Currency;

f. Approximately $273.00 in U.S. Currency;

g. Approximately $746.00 in U.S. Currency;

h. Approximately $437.00 in U.S. Currency; and

i. Approximately $138.00 in U.S. Currency.

AND WHEREAS, beginning on June 20, 2018, and December 19, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited currency.

AND WHEREAS, no third party has filed a claim to the subject currency and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed assets pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of defendants May Levy and Yaniv Gohar.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject currency until it is disposed of according to law.

SO ORDERED this 2nd day of March, 2020.

/s/ John A. Mendez\
JOHN A. MENDEZ\
United States District Court Judge